IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

LARRY D. HAYES,

                   Petitioner,

   v.                                       ORDER
                                            08-cv-13-jcs

ALFONSO GRAHAM,
HON. WAYNE J. MARIK and
TIMOTHY LUNDQUIST,

                   Respondents.

---

Petitioner has submitted a petition for a writ of habeas corpus. Before his petition can be addressed he shall submit an affidavit of indigency or a $5.00 filing fee.

Failure to submit either by January 31, 2008 may result in dismissal of this action for failure to prosecute.

ORDER

IT IS ORDERED that petitioner shall submit either an affidavit of indigency or a $5.00 filing by January 31, 2008 or this action may be dismissed for his failure to prosecute.

Entered this 10th day of January, 2008.

                                       BY THE COURT:

                                       /s/

                                       _____
                                       JOHN C. SHABAZ
                                       District Judge